UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 06-386 JVS (MLGx)　　　　　　　Date   November 9, 2007

Title   Wyeth v. Anchen Pharmeceuticals, et al.

Present: The Honorable　　James V. Selna

　　　　Karla J. Tunis　　　　　　　　　　　　Sharon Seffens
　　　　Deputy Clerk　　　　　　　　　　　　　Court Reporter

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

　　　Basil Lewris　　　　　　　　　　　　Paul Molino
　　　Laurence Hutt　　　　　　　　　　　Peter Afrisiabi
　　　Robert Litowitz　　　　　　　　　　William Rakoczy
　　　Alan Wright　　　　　　　　　　　　Neil Benchell

**Proceedings:**   Markman/Claim Construction Hearing

　　Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the matter under submission.

　　The Court continues the Interim Status Conference from January 8, 2008 to January 30, 2008 at 8:30 a.m.   The Court directs counsel to file a joint status report 1 week prior to the Interim Status Conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　01　:　45

　　　　　　　　　　　　　　　　　　Initials of Preparer   kjt